UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kuldeep Singh,<br><br>   Petitioner<br><br>v.<br><br>Michael Bernacke, *et al.*,<br><br>   Respondents | Case No.: 2:24-cv-00270-JAD-MDC<br><br>**Order Directing Service of Petition and Response** |

Petitioner Kuldeep Singh brings this petition for federal habeas corpus relief under 28 U.S.C. § 2241 challenging his continued detention by the Nye County Detention Center on behalf of Immigration and Customs Enforcement, Enforcement and Removal Operations.[1]

Having conducted a preliminary review of the petition, I now direct that it be served on the respondents.

IT IS THEREFORE ORDERED that the Clerk of Court **SERVE** copies of the petition (ECF No. 1) and this order upon respondents as follows:

- By electronically through CM/ECF serving a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure;

- By sending a copy of the petition (ECF No. 1) and this order by mail to: (1) Michael Bernacke, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (2) Patrick J. Lechleitner,

---

[1] ECF No. 1.

Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC 20536; and (3) Alejandro Mayorkas, Secretary of the Department of Homeland Security, Washington, DC 20528, pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that respondents must file and serve their response to the petition within 21 days of the date of this order unless additional time is allowed for good cause shown.

_____
U.S. District Judge Jennifer A. Dorsey
March 12, 2024