**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kuldeep Singh,<br><br>    Petitioner<br><br>v.<br><br>Michael Bernacke, *et al.*,<br><br>    Respondents | Case No.: 2:24-cv-00270-JAD-MDC<br><br>**Order Granting Extension of Time to Respond to Petition to May 2, 2024**<br><br>ECF No. 4 |

   Petitioner Kuldeep Singh brings this federal habeas petition to challenge his continued detention at the Nye County Detention Center by Immigration and Customs Enforcement, Enforcement and Removal Operations.[1]  Respondents have asked for an extension of time to respond to the petition.[2]  Counsel for respondents explains that he has been informed that Singh has been released from the custody of the Department of Homeland Security, and he is working on confirming that information.  So this case may resolve without court intervention.

   IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time to respond to the petition **[ECF No. 4] is GRANTED**.  **The deadline to respond is extended to May 2, 2024.**

_____
U.S. District Judge Jennifer A. Dorsey
April 10, 2024, *nunc pro tunc*
                  to April 3, 2024

---

[1] ECF No. 1.
[2] ECF No. 4.