Michael Kagan
Nevada Bar No.: 12318C
Anahita Rodriguez
Student Attorney Practicing Under Nevada Supreme Court Rule 49.3
UNLV Immigration Clinic
Thomas & Mack Legal Clinic
University of Nevada, Las Vegas
P.O. Box 451003
Las Vegas, NV 89170
Office: 702-895-2080
Fax: 702-895-2081
michael.kagan@unlv.edu
*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KULDEEP SINGH, | Case No.: 2:24-cv-00270-JAD-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS** |
| MICHAEL BERNACKE, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss, without prejudice, Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1. Federal Defendants have provided documents that confirm Petitioner, Kuldeep Singh, was released from Department of Homeland Security custody. *See* Department of Homeland Security U.S. Immigration and Customs Enforcement Order of Supervision, as **Exhibit A**.

//
//
//
//
//

1

It is further stipulated and agreed that the parties to this action shall bear their own costs and fees, including attorney's fees, related to this matter.

Respectfully submitted this 22nd day of April 2024.

| | |
|---|---|
| UNLV IMMIGRATION CLINIC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Michael G. Kagan | /s/ Skyler H. Pearson |
| Michael G. Kagan<br>*Attorneys for Petitioner* | Skyler H. Pearson<br>Assistant United States Attorney<br>*Attorneys for the United States* |
| Anahita Rodriguez<br>*Student Attorney Practicing Under*<br>*Nevada Supreme Court Rule 49.3* | |

## ORDER

Based on the parties' stipulation [ECF No. 6] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 22, 2024